IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DEWEY CURTIS ROBERTSON                                         PLAINTIFF

VS.                                                            NO. 1:05CV095-WAP-JAD

WAL-MART STORES, INC.                                          DEFENDANT

ORDER

The undersigned United States District Judge, W. Allen Pepper, Jr., on his own motion, hereby RECUSES himself from this cause.

The Clerk of the Court is directed to re-assign this cause to another United States District Judge.

ORDERED and ADJUDGED this, the 11th day of April 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE