IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DEWEY CURTIS ROBERTSON                              PLAINTIFF

VS.                                                 NO. 1:05CV095-WAP-JAD

WAL-MART STORES, INC.                               DEFENDANT

### ORDER

The undersigned United States District Judge, W. Allen Pepper, Jr., on his own motion, hereby RECUSES himself from this cause.

The Clerk of the Court is directed to re-assign this cause to another United States District Judge.

ORDERED and ADJUDGED this, the 11th day of April 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE